# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE JUNE PAK,<br><br>            Plaintiff,<br>      v.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>            Defendants. | Case No.  1:13-cv-00932-AWI-SKO PC<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE<br><br>(Doc. 2) |

Plaintiff June Jae Pak, a federal prisoner proceeding pro se, filed this civil rights action on June 19, 2013.  On July 10, 2013, the Court issued an order striking Plaintiff's unsigned complaint and requiring Plaintiff to file a signed complaint and either pay the $400.00 filing fee or file an application to proceed in forma pauperis, within thirty days.  More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order.[1]  Plaintiff was warned that dismissal would occur if he failed to obey the order.

A civil action may not proceed absent the submission of a signed complaint and either the filing fee or a completed application to proceed in forma pauperis.  28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 3, 11(a).  Based on Plaintiff's failure to comply with the Court's order, dismissal of this action is appropriate.  *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated:   October 22, 2013                                    /s/ [signature]
                                                                               SENIOR  DISTRICT  JUDGE

---

[1] **Error! Main Document Only.** On July 22, 2013, the United States Postal Service returned the order as undeliverable.  However, Plaintiff has not notified the Court of any change in his address.  Absent such notice, service at a party's prior address is fully effective.  Local Rule 182(f).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28